

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Sandra Smith Brown, independent
executrix of the Estate of R. J. Smith, Jr.,

Vs. No. 11-20-00138-CV

William Charles Underwood, Jan Ann
Underwood, and Rosanne Underwood
Gerrard,

\* From the 118th District Court
  of Glasscock County,
  Trial Court No. 1877

\* May 26, 2022

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Wright, S.C.J., and Marion, S.C.J.,
  sitting by assignment)
  (Trotter, J., and Williams, J.,
  not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Sandra Smith Brown, independent executrix of the Estate of R. J. Smith, Jr.